**Exhibit A**

| Doe | Host IP Address | Hit Date (UTC) | File Hash | ISP | Region |
|---|---|---|---|---|---|
| 1 | 67.175.62.183 | 11/05/2012 01:10:34 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 2 | 98.213.81.190 | 11/05/2012 11:46:53 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 3 | 98.223.13.64 | 11/06/2012 04:01:05 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 4 | 98.253.128.217 | 11/06/2012 07:00:10 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 5 | 24.1.122.75 | 11/06/2012 03:35:39 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 6 | 98.228.227.247 | 11/06/2012 08:41:46 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 7 | 67.175.132.180 | 11/07/2012 10:55:05 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 8 | 24.15.25.28 | 11/07/2012 11:25:23 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 9 | 71.239.72.154 | 11/08/2012 12:27:41 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 10 | 67.167.38.148 | 11/08/2012 03:51:17 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 11 | 67.167.41.57 | 11/08/2012 05:03:18 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 12 | 98.227.182.129 | 11/08/2012 08:51:29 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 13 | 24.15.178.225 | 11/08/2012 09:40:35 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 14 | 98.253.207.40 | 11/08/2012 11:47:52 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 15 | 98.213.16.107 | 11/09/2012 01:00:34 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 16 | 24.13.141.66 | 11/09/2012 01:03:43 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 17 | 98.223.173.227 | 11/09/2012 01:37:23 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 18 | 24.13.118.107 | 11/09/2012 07:12:50 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 19 | 98.212.98.191 | 11/09/2012 08:02:39 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 20 | 71.57.112.164 | 11/09/2012 09:33:07 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 21 | 76.16.212.237 | 11/09/2012 07:14:54 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 22 | 24.12.255.210 | 11/09/2012 09:00:52 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 23 | 67.184.204.20 | 11/09/2012 11:46:57 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 24 | 24.15.243.116 | 11/10/2012 12:40:30 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 25 | 68.51.99.83 | 11/10/2012 04:37:07 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 26 | 68.51.79.5 | 11/10/2012 10:17:34 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 27 | 67.175.108.112 | 11/11/2012 12:28:24 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 28 | 24.13.40.227 | 11/11/2012 01:02:37 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 29 | 76.16.195.226 | 11/11/2012 06:45:22 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 30 | 71.194.180.211 | 11/11/2012 11:44:55 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |
| 31 | 24.1.206.113 | 11/12/2012 02:06:53 | BD94189995FBB78D8888D7208003B7A00DC6B69980D | Comcast Cable | Illinois |

| # | IP | Date | Hash | ISP | State |
|---|---|---|---|---|---|
| 32 | 71.239.61.230 | 11/22/2012 05:42:07 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 33 | 67.176.135.54 | 11/22/2012 11:09:02 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 34 | 98.228.177.150 | 11/13/2012 05:29:35 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 35 | 24.15.157.44 | 11/13/2012 05:55:42 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 36 | 67.165.163.129 | 11/13/2012 03:18:17 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 37 | 71.201.252.115 | 11/13/2012 09:38:42 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 38 | 50.141.173.24 | 11/13/2012 09:53:46 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 39 | 69.245.235.107 | 11/14/2012 02:13:26 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 40 | 76.16.68.55 | 11/14/2012 06:50:36 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 41 | 67.162.10.134 | 11/14/2012 01:25:21 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 42 | 98.215.198.239 | 11/14/2012 05:29:35 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 43 | 98.212.2.210 | 11/14/2012 10:43:43 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 44 | 98.206.16.209 | 11/15/2012 07:46:49 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 45 | 98.193.68.241 | 11/15/2012 07:54:04 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 46 | 67.175.219.14 | 11/15/2012 09:40:12 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 47 | 98.253.112.200 | 11/15/2012 09:05:40 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 48 | 98.227.30.95 | 11/15/2012 09:40:07 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 49 | 70.89.217.54 | 11/16/2012 03:41:55 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Business Communications | Illinois |
| 50 | 69.136.165.229 | 11/16/2012 07:40:31 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 51 | 173.165.66.25 | 11/16/2012 08:05:25 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Business Communications | Illinois |
| 52 | 98.206.39.139 | 11/16/2012 11:04:41 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 53 | 98.253.116.20 | 11/17/2012 03:44:52 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 54 | 68.58.54.252 | 11/18/2012 03:40:11 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 55 | 67.167.98.38 | 11/18/2012 05:39:15 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 56 | 24.7.215.31 | 11/18/2012 04:50:35 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 57 | 71.201.55.183 | 11/19/2012 12:28:50 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 58 | 71.57.17.213 | 11/19/2012 04:44:33 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 59 | 68.51.97.245 | 11/19/2012 10:37:38 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 60 | 71.201.248.224 | 11/19/2012 02:46:03 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 61 | 24.12.157.30 | 11/19/2012 03:42:17 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 62 | 98.193.26.58 | 11/19/2012 07:04:16 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 63 | 24.13.59.80 | 11/21/2012 09:16:58 | BD94189995FBB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |

| # | IP Address | Date/Time | Hash | ISP | State |
|---|---|---|---|---|---|
| 64 | 76.16.192.110 | 11/22/2012 07:01:15 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 65 | 71.57.110.21 | 11/23/2012 12:45:26 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 66 | 24.13.155.216 | 11/23/2012 02:04:18 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 67 | 24.14.220.156 | 11/23/2012 02:47:30 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 68 | 24.14.138.254 | 11/23/2012 07:00:08 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 69 | 67.175.185.251 | 11/23/2012 05:55:34 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 70 | 71.201.209.104 | 11/24/2012 05:19:23 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 71 | 68.57.244.85 | 11/24/2012 02:12:38 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 72 | 98.213.38.72 | 11/25/2012 03:56:02 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 73 | 98.226.118.74 | 11/25/2012 09:41:50 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 74 | 24.1.228.101 | 11/25/2012 11:07:49 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 75 | 67.175.105.231 | 11/25/2012 11:20:42 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 76 | 98.206.177.67 | 11/26/2012 04:38:10 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 77 | 98.223.11.151 | 11/26/2012 07:58:14 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 78 | 67.175.217.120 | 11/28/2012 03:38:01 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 79 | 67.162.103.219 | 11/28/2012 09:14:05 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 80 | 69.246.223.82 | 11/29/2012 02:07:00 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 81 | 50.140.137.237 | 11/29/2012 11:35:59 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 82 | 68.57.230.246 | 11/30/2012 03:15:15 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 83 | 98.212.96.132 | 11/30/2012 03:04:02 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 84 | 71.194.53.78 | 12/01/2012 07:02:59 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 85 | 50.141.216.81 | 12/01/2012 11:38:12 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 86 | 71.239.224.58 | 12/04/2012 01:51:54 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 87 | 67.167.18.27 | 12/04/2012 01:55:06 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 88 | 67.173.40.219 | 12/04/2012 03:00:16 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 89 | 24.13.193.97 | 12/04/2012 05:57:29 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 90 | 71.194.141.166 | 12/04/2012 08:14:21 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 91 | 68.58.154.174 | 12/05/2012 12:27:28 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 92 | 24.13.99.175 | 12/05/2012 05:21:21 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 93 | 67.175.181.126 | 12/06/2012 01:22:01 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 94 | 24.12.205.229 | 12/08/2012 07:38:54 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |
| 95 | 67.184.171.90 | 12/11/2012 04:16:41 | BD94189995FBB78D888D7208003B7A00DC6B6980D | Comcast Cable | Illinois |

| # | IP | Date | Hash | ISP | State |
|---|---|---|---|---|---|
| 96 | 173.165.112.246 | 12/11/2012 06:17:20 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Business Communications | Illinois |
| 97 | 71.201.115.5 | 12/11/2012 10:17:17 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 98 | 67.173.183.178 | 12/12/2012 12:07:41 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 99 | 98.226.11.0 | 12/13/2012 09:21:36 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 100 | 71.57.91.135 | 12/15/2012 02:16:25 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 101 | 67.163.16.159 | 12/15/2012 05:21:12 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 102 | 98.228.5.127 | 12/17/2012 08:23:30 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 103 | 98.226.192.143 | 12/18/2012 04:04:11 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 104 | 98.212.212.212 | 12/18/2012 05:34:22 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 105 | 98.212.106.234 | 12/19/2012 04:25:22 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 106 | 98.213.72.11 | 12/21/2012 09:12:05 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 107 | 50.196.239.157 | 12/22/2012 08:29:08 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 108 | 24.12.219.186 | 12/27/2012 10:22:07 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 109 | 98.213.83.111 | 12/29/2012 09:40:50 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 110 | 71.239.35.126 | 12/31/2012 08:06:24 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 111 | 71.194.17.63 | 12/31/2012 09:34:33 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 112 | 98.206.51.88 | 01/01/2013 07:21:31 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 113 | 67.175.233.162 | 01/02/2013 11:08:50 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 114 | 71.239.133.180 | 01/02/2013 11:39:46 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 115 | 71.57.119.206 | 01/04/2013 06:13:39 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 116 | 67.175.195.11 | 01/05/2013 11:16:37 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 117 | 71.201.84.223 | 01/05/2013 04:25:11 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 118 | 67.175.5.238 | 01/07/2013 07:22:53 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 119 | 24.15.128.67 | 01/08/2013 05:39:26 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 120 | 24.13.154.183 | 01/11/2013 08:07:11 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 121 | 50.151.29.137 | 01/14/2013 07:16:48 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |
| 122 | 50.193.127.154 | 01/14/2013 09:20:39 | BD94189950BB78D8888D72080003B7A00DC6B69980D | Comcast Cable | Illinois |