**EXHIBIT B**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-814-220**

Effective date of registration:

October 5, 2012

---

## Title
- **Title of Work:** Buffy The Vampire Slayer

## Completion/Publication
- **Year of Completion:** 2012
- **Date of 1st Publication:** May 31, 2012
- **Nation of 1st Publication:** United States

## Author
- **Author:** PHE Inc
- **Author Created:** production/producer
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** PHE Inc
- 302 Meadowlands Dr, Hillsborough, NC, 27278, United States

## Rights and Permissions
- **Name:** Veroncia June Rush
- **Email:** vrush@pheinc.com
- **Telephone:** 919-644-8100
- **Address:** 302 Meadowlands Dr
- HIllsborough, NC 27278 United States

## Certification
- **Name:** Veronica Rush
- **Date:** October 1, 2012