UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PHE, Inc., | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No: TBD |
| | ) | |
| v. | ) | |
| | ) | |
| DOES 1-122, | ) | JURY TRIAL DEMANDED |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND NORTHERN DISTRICT OF ILLINOIS LOCAL RULE 3.2**

Plaintiff PHE, Inc., in accordance with Federal Rules of Civil Procedure Rule 7.1 and Local Rule 3.2, hereby advises the Court that PHE, Inc. is not the subsidiary of any parent corporation, nor does any corporation hold 5% or more of Plaintiff's stock.

Respectfully submitted,
PLAINTIFF PHE, INC.

By its attorneys,
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC

Dated: January 31, 2013

By: /s/ Paul A. Lesko
Paul A. Lesko – IL Bar No. 6288806
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

Patrick J. Keating – IL Bar No. 6211380
230 West Monroe
Suite 2221
Chicago, Illinois 60606

Ph: 312-759-7500
Fax: 312-759-7516
Email: pkeating@simmonsfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2013, the foregoing document was filed electronically with the Clerk of the Court to be served by operation of the Court's ECF electronic filing system upon all counsel of record.

/s/ *Paul A. Lesko*

2