**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

PHE, Inc.
                    Plaintiff,

v.	Case No.: 1:13–cv–00786
	Honorable John W. Darrah

Does 1–122, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 2, 2013:

      MINUTE entry before Honorable John W. Darrah: Joint Agreed Motion by Defendants J. Doe #109, Doe 11, John Doe 17, John Doe 42, John Doe 64 and Plaintiff PHE, Inc., Movant Kelly M Sheer for extension of time [47] is granted. Motions to quash shall be filed by 6/3/13 ; responses by 6/17/13, replies by 6/27/13. Status hearing set for 8/15/13 is vacated and reset for 9/12/13 at 9:30 a.m. No appearance is needed on 5/2/13. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.