IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PHE, Inc. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:13cv00786 |
| | ) |
| DOES 1-122. | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |
| | ) |

### PLAINTIFF'S NOTICE OF DISMISSAL OF DOE NUMBERS 56, 77, 99 AND 110

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 56, 77, 99 and 110. This Notice of Dismissal is specific to the Doe Defendants identified herein and does not apply to any Defendants other than the Defendants listed herein. The Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal 111 John Does will remain in this action.

The following Doe Defendants are dismissed **with prejudice**:

| Doe Number | IP Address | ISP Legal Name |
|---|---|---|
| 56 | 24.7.215.31 | **Comcast Corporation** |
| 77 | 98.223.11.151 | **Comcast Corporation** |
| 99 | 98.226.11.0 | **Comcast Corporation** |

1

| 110 | 71.239.35.126 | **Comcast Corporation** |

Dated: May 10, 2013    Respectfully submitted,

By: /s/ Paul A. Lesko
Paul A. Lesko – IL Bar No. 6288806
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
One Court Street
Alton, IL 62002
Ph: 618.259.2222
Fax: 618.259.2251
Email: plesko@simmonsfirm.com

Patrick J. Keating
230 W. Monroe Street
Suite 2221
Chicago, IL 60606
(312) 759-7518
Fax: (312) 759-7516
Email: pjk@keatinglawgroup.com

Attorneys for PHE, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

Alexander D. Kerr, Jr.
Tishler & Wald, Ltd.
200 South Wacker Drive
Suite 3000
Chicago, IL 60606
Fax: 312-876-3800
Email: akerr@tishlerandwald.com

Jorge Antonio Rodriguez
The Gloria Law Group
211 West Wacker Drive
Suite 500
Chicago, IL 60606
Fax: 847-376-8683
Email: lawoffice.jarodriguez@gmail.com

Erin Kathryn Russell
The Russell Firm
233 South Wacker Drive
84th Floor
Chicago, IL 60606
312 994 2424
Fax: 312-706-9766
Email: erin@russellfirmchicago.com

Lawrence A. Stein
Huck Bouma PC
1755 south Naperville Road
Wheaton, IL 60187-8132
Fax: 630-221-1756
Email: lstein@huckbouma.com

/s/ Paul A. Lesko

Attorney for Plaintiff
PHE, Inc.