**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PHE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:13-CV-00786 ) |
| Does 1-122, | ) ***JURY TRIAL DEMANDED*** ) |
| Defendants. | ) ) |

## DISMISSAL OF DOE NOS. 18, 22, 24, 84, 90, 94, AND 107
## PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 18, 22, 24, 84, 90, 94, and 107. This Notice of Dismissal is specific to Doe Defendants 18, 22, 24, 84, 90, 94, and 107 and does not apply to any Defendants other than the Defendants listed herein. Does 18, 22, 24, 84, 90, 94, and 107 have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal one hundred and five (105) Defendants will remain in this action.

Plaintiff hereby dismisses Doe Defendants 18, 22, 24, 90, 94, and 107 **with prejudice**.

Dated: June 20, 2013                                          Respectfully submitted,

                                                                            PLAINTIFF PHE, Inc.

By its attorneys
SIMMONS BROWDER GIANARIS
 ANGELIDES & BARNERD LLC

By: /s/ *Paul A. Lesko*_____
       Paul A. Lesko – IL Bar No. 6288806
       One Court Street
       Alton, IL 62002
       Ph: 618.259.2222
       Fax: 618.259.2251
       plesko@simmonsfirm.com


       Patrick J. Keating
       230 W. Monroe Street
       Suite 2221
       Chicago, IL 60606
       Phone: (312) 759-7518
       Fax: (312) 759-7516
       pjk@keatinglawgroup.com

       ***Attorneys for PHE Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record.

Erin Kathryn Russell
The Russell Firm
233 South Wacker Drive
84th Floor
Chicago, IL 60606
312 994 2424
Fax: 312-706-9766
erin@russellfirmchicago.com
*Counsel for Defendant Does #17, #42, #48, #64, #65, #68, #72, #78, #91, #109 & #112*

Jorge Antonio Rodriguez
The Gloria Law Group
211 West Wacker Drive
Suite 500
Chicago, IL 60606
847-376-8683
Fax: 847-376-8529
lawoffice.jarodriguez@gmail.com
*Counsel for Defendant Doe #122*

Lawrence A. Stein
Huck Bouma PC
1755 South Naperville Road
Wheaton, IL 60187-8132
(630) 221-1755
Fax: (630) 221-1756
lstein@huckbouma.com
*Counsel for Kelly Scheer*

/s/ Paul A. Lesko_____
Attorney for Plaintiff PHE, Inc.