21821-1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PHE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-cv-00786 |
| | ) | |
| DOES 1-122, | ) | |
| | ) | District Judge John W. Darrah |
| Defendant. | ) | |

**<u>REPLY IN SUPPORT OF MOTION TO QUASH</u>**

Movant, KELLY M. SHEER, by her attorney, Lawrence A. Stein of HUCK BOUMA PC, replies in support of her motion to quash. In further opposition to her motion, movant states as follows:

1.     In docket entry number 29, the movant moved to quash the subpoena seeking her personal information, noting that no basis had been provided for any such intrusion into her private affairs.

2.     In docket entry number 62, plaintiff responded to all of the motions to quash, including the movant's, but that response did not address any of the concerns raised by the movant in her motion to quash.

3.     Since the plaintiff has not addressed the issue raised by the movant in her motion, her motion to quash should be granted.

WHEREFORE, movant, KELLY M. SHEER, requests an order quashing any subpoenas issued for her personal information, and for all other relief deemed appropriate under the

circumstances.

Respectfully submitted,

HUCK BOUMA PC

/s/ Lawrence A. Stein

Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60189
Telephone (630) 221-1755
Facsimile (630) 221-1756
lstein@huckbouma.com

## CERTIFICATE OF FILING AND SERVICE

I, LAWRENCE A. STEIN, state as follows under penalty of perjury this twenty-seventh day of June, 2013:

1.     I filed this *Reply in Support of Motion to Quash* by filing it with the clerk of the court by electronic means.

2.     I served this *Reply in Support of Motion to Quash* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3.     I served this *Motion to Quash or Vacate* by facsimile and placing by accurate copies of it in an envelope with proper postage prepaid and plainly addressed to Comcast, 650 Centerton Road, Morristown, New Jersey, 08057, facsimile number (866) 947-5587.

4.     I made the electronic filing and mailed the copies on June 27, 2013.


/s/  Lawrence A. Stein

_____

R:\21000s\21800 - 21899\21821-1\Pleadings\Reply in Support of Motion to Quash.wpd