## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PHE, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 1:13-CV-00786 |
| | ) | |
| Does 1-122, | ) | Hon. John W. Darrah |
| | ) | |
| *Defendants.* | ) | ***JURY TRIAL DEMANDED*** |
| | ) | |

## DISMISSAL OF DOE NOS. 14, 26, 49, 74, AND 102
## PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(i)

Plaintiff hereby files this Notice of Dismissal of Doe Numbers 14, 26, 49, 74, and 102. This Notice of Dismissal is specific to the 5 Doe Defendants identified herein and does not apply to any Defendants other than the Defendants listed herein. The Does have filed neither an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(A)(1)(a)(i) of the Federal Rules of Civil Procedure is therefore appropriate. After this dismissal ninety three (93) Defendants will remain in this action.

Plaintiff hereby dismisses Doe 102 **without prejudice.**

Plaintiff hereby dismisses Does 14, 26, 49, and 74 **with prejudice.**

Dated: July 16, 2013                          Respectfully submitted,
                                              PHE, Inc.


                                              By its Attorneys,
                                              SIMMONS BROWDER GIANARIS
                                              ANGELIDES & BARNERD LLC

By: /s/ Paul A. Lesko
　　　Paul A. Lesko – IL Bar No. 6288806
　　　One Court Street
　　　Alton, IL 62002
　　　Ph: 618.259.2222
　　　Fax: 618.259.2251
　　　plesko@simmonsfirm.com

　　　Patrick J. Keating – IL Bar No. 6211380
　　　230 West Monroe
　　　Suite 2221
　　　Chicago, Illinois 60606
　　　Ph: 312-759-7500
　　　Fax: 312-759-7516
　　　pkeating@simmonsfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 16th day of July, 2013, a true and accurate copy of the foregoing was filed via the Court's Electronic Case Filing system ("ECF") upon all counsel of record:

　　　　　/s/ Paul A. Lesko
Paul A. Lesko - Simmons, Browder, Gianaris, Angelides & Barnerd, LLC