**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

PHE, Inc.
          Plaintiff,

v.                 Case No.: 1:13–cv–00786
                Honorable John W. Darrah

Does 1–122, et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 11, 2014:

  MINUTE entry before the Honorable John W. Darrah: Status hearing held. Ruling by mail re: plaintiff's motion for default judgment as to Doe Defendants 38, 50, 66 & 117 [99]. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.