IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PHE, INC., | ) |
|     *Plaintiff*, | ) |
| v. | ) Case No. 1:13-cv-00786 |
| DOES 30, 38, 40, 50, 66, 103, and 117, | ) Hon. John W. Darrah |
|     *Defendants*. | ) ***JURY TRIAL DEMANDED*** |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Patrick J. Keating, formerly of the law firm Simmons Browder Gianaris Angelides & Barnerd LLC hereby moves to withdraw his appearance as counsel for PHE, Inc., in the above-referenced case. Representation of this client will continue by Simmons Browder Gianaris Angelides & Barnerd LLC and the attorneys with Simmons Browder Gianaris Angelides & Barnerd LLC who are already involved in this case.

Dated: April 10, 2014

Respectfully submitted,

ROBERTS MCGIVNEY ZAGOTTA LLC

By:   */s/ Patrick J. Keating*
      Patrick J. Keating – IL Bar No. 6211380
      ROBERTS MCGIVNEY ZAGOTTA LLC
      55 W. Monroe Street, Suite 1700
      Chicago, IL 60603
      Phone: 312-251-2273
      Fax: 312-878-5201
      pkeating@rmczlaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2014, I electronically filed the foregoing document via the Court's ECF, electronic email system, upon all of record:

Paul A. Lesko
Simmons Browder Gianaris Angelides & Barnerd LLC
1 Court Street
Alton, IL 62002
Phone: 618-259-2222
plesko@simmonsfirm.com
***Counsel for Plaintiff reFX Audio Software, Inc.***

Jorge Antonio Rodriguez
The Gloria Law Group
211 West Wacker Drive, Suite 500
Chicago, IL 60606
Phone: 847-376-8683
Fax: 847-376-8529
lawoffice.jarodriguez@gmail.com
***Counsel for Doe Defendant 122***

Erin Kathryn Russell
The Russell Firm
233 South Wacker Drive
84th Floor
Chicago, IL 60606
Phone: 312 994 2424
Fax: 312-706-9766
erin@russellfirmchicago.com
***Counsel for Doe Defendant 42, 48, 17, 64, 65, 68, 72, 78, 91, 103, 109, 112***

Lawrence A. Stein
Huck Bouma PC
1755 South Naperville Road
Wheaton, IL 60187-8132
Phone: (630) 221-1755
Fax: (630) 221-1756
lstein@huckbouma.com
***Counsel for Defendant Kelly M. Sheer***

/s/ *Patrick J. Keating*
Patrick J. Keating